IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| IN RE: | § | Case No. 4:24-bk-12150 |
| | § | |
| SQRL Service Stations LLC | § | Chapter 7 |
| | § | |
| Debtor(s) | § | |

<u>MOTION TO DISMISS INVOLUNTARY BANKRUPTCY CASE TO THE HONORABLE UNITED STATED BANKRUPTCY COURT:</u>

**COMES NOW**, Gas Hub Investments LLC ("Gas Hub"), by and through its undersigned counsel, and respectfully moves this Honorable Court for an Order dismissing the involuntary bankruptcy petition filed against SQRL Service Stations, LLC ("SQRL" or "Alleged Debtor"). In support thereof, Gas Hub states as follows:

### I. INTRODUCTION

1. Gas Hub, in compliance with all applicable bankruptcy laws and acting to protect its legitimate interests, filed an involuntary bankruptcy petition against SQRL Service Stations, LLC ("SQRL") for both SQRL Service Stations LLC in Arkansas and SQRL Service Stations LLC in Florida due to uncertainties regarding the assets and liabilities it had acquired through a Membership Unit Purchase Agreement with SQRL Holdings LLC ("SQRL Holdings"). Following the resolution of these uncertainties, Gas Hub now seeks to dismiss the involuntary bankruptcy petition and intends to file a voluntary Chapter 11 bankruptcy petition for SQRL Service Stations, LLC immediately upon dismissal so that the case may proceed in an orderly fashion.

### II. BACKGROUND

2. On April 5, 2024, Gas Hub entered into a Membership Unit Purchase Agreement with SQRL Holdings to purchase 100% of the membership units of SQRL Service Stations, LLC, a Florida limited liability company.

3. Following the acquisition, ambiguities in the agreement led Gas Hub to file an involuntary bankruptcy petition on June 28, 2024, in good faith and in accordance with 11 U.S.C. § 303, to protect its interests and ensure the proper handling of the acquired assets and liabilities.

4. Since the filing, additional information and documents provided by SQRL Holdings have clarified that Gas Hub indeed holds ownership of SQRL Service Stations, LLC in Florida, resolving the initial ambiguities and misunderstandings.

### III. LEGAL BASIS FOR DISMISSAL

5. Under 11 U.S.C. § 303, an involuntary bankruptcy case may be dismissed if it is determined that the continuation of the proceedings is no longer necessary or appropriate.

6. The Bankruptcy Code provides that an involuntary petition may be dismissed for cause, including where the issues that necessitated the filing have been resolved, making the continuation of the case redundant. As in *In re Biogenetic Technologies, Inc.*, an involuntary petition may be dismissed when it no longer serves a legitimate bankruptcy purpose. (248 B.R. 852, 859 (Bankr. M.D. Fla. 1999)).

7. Federal Rule of Bankruptcy Procedure 1017(d) states that a motion to dismiss an involuntary case shall be governed by Rule 9014, which mandates reasonable notice and opportunity for a hearing to all parties involved.

### IV. RESOLUTION OF AMBIGUITIES

8. Gas Hub filed the involuntary petition in strict compliance with bankruptcy law to protect its legitimate interests and ensure clarity regarding the ownership and control of SQRL Service Stations, LLC in Florida.

9. Subsequent to the filing, Gas Hub and the Debtor engaged in discussions and exchanged relevant documents which have clarified that Gas Hub is the rightful owner of SQRL Service Stations, LLC in Florida.

10. The initial purpose of the involuntary petition has been achieved, rendering the continuation of this proceeding unnecessary.

## V. EQUITABLE CONSIDERATIONS

11. Continuing the involuntary bankruptcy proceeding would result in unnecessary legal expenses and administrative burdens for all parties involved, without serving any meaningful purpose.

12. Dismissing the petition would facilitate the efficient resolution of any remaining issues between Gas Hub and SQRL Service Stations, LLC, allowing both parties to focus on productive business activities.

13. Immediately following the dismissal of this involuntary bankruptcy petition, Gas Hub intends to file a voluntary Chapter 11 bankruptcy petition for SQRL Service Stations, LLC, which will allow for an orderly reorganization and protection of all creditors' interests under the supervision of this Court.

## VI. REQUEST FOR DISMISSAL

14. Given the resolution of the underlying issues that led to the filing of the involuntary petition, Gas Hub believes that it is in the best interest of all parties to dismiss the involuntary bankruptcy petition against SQRL Service Stations, LLC.

15. Gas Hub requests the conversion of this involuntary bankruptcy to a Chapter 11 bankruptcy to streamline the process and facilitate an orderly transition to voluntary bankruptcy proceedings for SQRL Service Stations, LLC in Florida. Gas Hub respectfully requests that this

Honorable Court dismiss the involuntary petition pursuant to 11 U.S.C. § 303(i), which provides for the dismissal of an involuntary case for cause, including where the petitioning creditor believes that the petition is no longer necessary.

**WHEREFORE**, Gas Hub Investments LLC respectfully requests that this Court enter an Order:

i. Dismissing the involuntary bankruptcy petition filed against SQRL Service Stations, LLC;

ii. Granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

**GODWIN BOWMAN PC**

By: */s/ Sidney H. Scheinberg*
**SIDNEY H. SCHEINBERG**
State Bar No. 17736620
Godwin Bowman PC
500 N. Akard Street, Suite 1100
Dallas, TX 75201-3499
Telephone: (214) 939-4501
Fax: (214) 527-3116
Email: SScheinberg@GodwinBowman.com
**ATTORNEY FOR MOVANT**

## CERTIFICATE OF SERVICE

I, Sidney H. Scheinberg, hereby certify that on July 30, 2024, a true and correct copy of the foregoing Motion to Dismiss was served via the Court's CM/ECF system on all parties registered to receive electronic notice, and by first-class mail, postage prepaid, on all other parties listed on the attached service list.

*/s/ Sidney H. Scheinberg*
SIDNEY H. SCHEINBERG