IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: SQRL SERVICE STATIONS LLC, Alleged Debtor     No. 4:24-bk-12150
**Chapter 7**
**Involuntary**

## ORDER DISMISSING CASE

On July 1, 2024, Gas Hub Investments LLC [Gas Hub], through its attorney, Sidney Scheinberg, filed the above-captioned involuntary petition. On July 30, 2024, Gas Hub filed a motion to dismiss the case. The Court held a hearing on August 7, 2024. For the reasons stated on the record and incorporated herein pursuant to Federal Rule of Bankruptcy Procedure 7052, the Court finds that the case should be and hereby is DISMISSED.

IT IS SO ORDERED.

Honorable Bianca M. Rucker
United States Bankruptcy Judge
Dated: 08/16/2024

cc:     Sidney Scheinberg, attorney for Gas Hub Investments LLC
       All creditors and parties in interest
       United States Trustee